UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **5:20-cv-01181-MCS (MAA)**                                                  Date:  **January 5, 2021**

Title      **Rickey Lewis McDonald v. Riverside County Sheriff Department et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On October 27, 2020, the Court issued a Memorandum Decision and Order Dismissing Third Amended Complaint with Leave to Amend ("Order").  (Order, ECF No. 14.)  The Court ordered Plaintiff Rickey Lewis McDonald ("Plaintiff") to, no later than thirty days after the date of the Order, either file a Fourth Amended Complaint ("4AC") or advise the Court that Plaintiff does not intend to pursue the lawsuit further and will not file a 4AC.  (*Id*. at 10.)  The Court explicitly cautioned Plaintiff that "**failure to timely file a 4AC, or timely advise the Court that Plaintiff does not intend to file a 4AC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**."  (*Id*. at 11.)

To date, Plaintiff has filed neither a 4AC nor a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **February 4, 2021** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a 4AC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **5:20-cv-01181-MCS (MAA)**                                             Date:  **January 5, 2021**

Title    **Rickey Lewis McDonald v. Riverside County Sheriff Department et al.**

<u>Attachment</u>
Notice of Dismissal

**Time in Court:**   0:00
**Initials of Preparer:**   JM