JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEWIS MCDONALD, | Case No. 5:20-cv-01181-MCS (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RIVERSIDE COUNTY SHERIFF DEPT. et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 8, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE